## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JUAN DAVILA ESPARZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-2014-800-HE |
| | ) | |
| 1. STATE FARM MUTUAL | ) | *Honorable Joe Heaton* |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, d/b/a STATE FARM | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Juan Davila Esparza, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal with prejudice of the above-referenced matter and all claims asserted or which could have been asserted by Plaintiff against Defendant, with each party to bear their own attorney's fees and costs.

*See* Affidavit of Joseph T. Acquaviva, Jr. attached as **Ex. "1".**

                                                       Respectfully submitted,

                                                      s/Juan Davila Esparza
                                                      (Signed by Filing Attorney
                                                      with Permission of Plaintiff/Plaintiff Pro Se)
                                                      JUAN DAVILA ESPARZA
                                                      juan.esparza357@yahoo.com
                                                      327 S.E. 23rd Street
                                                      Oklahoma City, OK 73129
                                                      **PLAINTIFF/PLAINTIFF PRO SE**

WILSON, CAIN & ACQUAVIVA
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73013
Telephone:     (405) 236-2600
Fax:                (405) 231-0062

 s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@aol.com
Frances J. Armstrong, OBA #12496
francesa@wcalaw.com
**ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

## CERTIFICATE OF MAILING

___X___   I hereby certify that on the 10th day of December , 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert T. Keel, OBA #4905
Robert.Keel@khuulaw.com
David Ramsey, OBA #16714
David.Ramsey@khuulaw.com
The Law Offices of Tuan A. Khuu & Assoc.
3010 N. Classen Blvd., Suite B
Oklahoma City, OK 73106

___X___   I hereby certify that on the 10th day of December, 2014, I served the attached document via e-mail and regular mail, with proper postage prepaid thereon, to the following:

Juan Davila Esparza
327 S.E. 23rd Street
Oklahoma City, OK 73129
juan.esparza357@yahoo.com

 s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr.